UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO PINTO,<br><br>                    Plaintiff,<br><br>v.<br><br>CBE GROUP, INC.,<br><br>                    Defendant. | Case No.: 3:19-cv-00664-BAS-AHG<br><br>**REPORT AND RECOMMENDATION RECOMMENDING DISMISSAL OF CASE FOR FAILURE TO PROSECUTE** |

This matter comes before the Court following Plaintiff's failure to appear for the Telephonic Early Neutral Evaluation Conference ("ENE") and Case Management Conference ("CMC") held on November 18, 2019. ECF No. 18. Plaintiff previously failed to appear for the in-person ENE and CMC held on October 15, 2019. ECF No. 16.

As set forth in the Court's previous Order continuing the ENE and CMC, Plaintiff has consistently demonstrated that he has no interest in prosecuting this case. Indeed, Plaintiff's attorney withdrew from his representation on September 17, 2019 because Plaintiff's "fail[ure] to participate in the prosecution of this case" prevented his counsel from fulfilling her duties. *See* ECF No. 11 at 3. Since Plaintiff's counsel withdrew, both the Court and counsel for Defendant have attempted to reach Plaintiff numerous times to no avail. After Plaintiff failed to appear for the first ENE and CMC, the Court continued the ENE and CMC but set them telephonically to avoid unfairness to Defendant given the

cost of in-person attendance by Defendant's counsel and representative, who do not live or work locally. The Court also warned Plaintiff that, should he fail to appear once more, the Court would immediately recommend that the District Judge *sua sponte* dismiss Plaintiff's case for failure to prosecute under Fed. R. Civ. P. 41(b). *See* ECF No. 17. In the interim, the Court managed to leave a voicemail for Plaintiff with detailed instructions on how to attend the ENE and CMC telephonically in case he had not reviewed the Orders that have been mailed to him at his address of record. On the other occasions when the Court attempted contact, Plaintiff's mailbox was full and unable to receive messages.

In consideration of the procedural history just outlined, and in accordance with its prior warning to Plaintiff, the undersigned hereby **RECOMMENDS** that the Court **DISMISS** Plaintiff's case **WITH PREJUDICE** for failure to prosecute. *See Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-30 (1962); Fed. R. Civ. P. 41(b).

**IT IS HEREBY ORDERED** that Plaintiff may file written objections with the Court and serve a copy on Defendant no later than **December 6, 2019**. The document should be captioned "Objections to Report and Recommendation." Defendant may file a Reply to the Objections by **December 13, 2019**.

**IT IS SO ORDERED.**

Dated: November 19, 2019

_____
Honorable Allison H. Goddard
United States Magistrate Judge